IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>COMMODORE CONSTRUCTION CORP.,<br><br>Defendant. | Civil Action No.   24-CV-4066 |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 et seq. ("Title VII"), for an order directing Commodore Construction Corp. ("Defendant" or "Commodore") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14, for each calendar year for which Defendant is in violation of its reporting obligations. The U.S. Equal Employment Opportunity Commission ("Commission") alleges that in prior reporting years, including calendar years 2021 and 2022, and despite written notices and demands from the Commission, Defendant has failed to fully comply with its obligation to file such reports, in violation of said statute and regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2. Venue in this Court is proper as Defendant is found, resides, or transacts business within the jurisdiction of the United States District Court for the Southern District of New York.

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §1602.9.

4. At all relevant times, Defendant could be found, resides, or transacts business within the State of New York and the city of Mount Vernon, County of Westchester, and has continuously had at least 100 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6. In 2021 Defendant had 100 or more employees.

7. Defendant was under a duty to file an EEO-1 report for 2021.

8. The Commission issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2021.

9.  Defendant failed to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2021.

10. As of the date of this action, Defendant never filed its required EEO-1 report for 2021.

11. In 2022 Defendant had 100 or more employees.

12. The Commission issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2022.

13. Defendant failed to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2022.

14. As of the date of this action, Defendant never filed its required EEO-1 report for 2022.

15. Defendant's failure to file said EEO-1 reports is in violation of Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Order that Defendant, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which it has failed to file requisite reports, including 2021 and 2022;

B.  Order that Defendant file accurate and complete EEO-1 reports as required by law for each calendar year in the future;

C.  Grant such further relief as the Court deems necessary and proper in the public interest; and,

D.   Award the Commission its costs of this action.

Dated: May 28, 2024

                                                             Respectfully Submitted,

Karla Gilbride,
General Counsel

Jeffrey R. Burstein
Regional Attorney

Nora E. Curtin
Assistance Regional Attorney


 /s/ Annette M. Lalic_____
Annette M. Lalic
Trial Attorney
Bar Registration No. 5047139
Annette.lalic@eeoc.gov


EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Telephone: (929) 506-5320
Facsimile: (212) 336-3623